**Order entered September 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01049-CV

## IN RE ALEXANDER GUEVARA AND JOSE ALFREDO GUEVARA, Relators

**Original Proceeding from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-17-05364-D**

## ORDER
Before Justices Myers, Molberg, and Nowell

Before the Court is relators' petition for writ of mandamus. We request that the real parties in interest and respondent file their responses, if any, to the petition for writ of mandamus by September 16, 2019.

/s/    LANA MYERS
PRESIDING JUSTICE